UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


JEAN MARIE CRAIGO,

      Petitioner/Movant

v.                        CIVIL ACTION NO. 2:03-02226
                        (Criminal Action No. 2:01-00203)

UNITED STATES OF AMERICA,

      Respondent


O R D E R


      The court having received the report-recommendation of the United States Magistrate Judge filed on December 27, 2004, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by either the United States or the movant to the report-recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the report-recommendation of the magistrate judge be, and the same hereby are, adopted by the court.

It is, accordingly, ORDERED that the movant's Motion for a Correction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) be, and the same hereby is, denied.

The Clerk is directed to forward copies of this order to the movant, all counsel of record, and the United States Magistrate Judge.

DATED:  February 28, 2006

John T. Copenhaver, Jr.
United States District Judge

2